# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | | |
|---|---|---|
| SHANE BRASHER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | No. 19-1279-JDT-cgc |
| | ) | |
| TRACEY WHITE, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER DIRECTING PLAINTIFF TO FILE A NON-PRISONER
## *IN FORMA PAUPERIS* AFFIDAVIT OR PAY THE $400 CIVIL FILING FEE

Plaintiff Shane Brasher filed a *pro se* civil complaint while he was incarcerated at the Hardin County Jail (Jail) in Savannah, Tennessee. (ECF No. 1.) His motion for leave to proceed *in forma pauperis* was granted, and he was assessed the civil filing fee pursuant to the Prison Litigation Reform Act (PLRA), 28 U.S.C. §§ 1915(a)-(b). (ECF No. 6.) On January 7, 2020, the Court dismissed Brasher's complaint for failure to state a claim but granted leave to amend. (ECF No. 7.) He filed an amended and supplemental complaint on January 16, 2020. (ECF No. 8.) Subsequently, on April 2, 2020, Brasher notified the Clerk he had been released from the Jail and provided his change of address. (ECF No. 9.)

Under the PLRA, a prisoner bringing a civil action must pay the full filing fee of $350 requires by 28 U.S.C. § 1914(a). The statute merely provides the prisoner the opportunity to pay the filing fee in monthly installments. 28 U.S.C. § 1915(b). However, in this case, no part of the filing fee was paid prior to Brasher's release. Under these circumstances, the Sixth Circuit has held "the obligation to pay the . . . fees is to be determined solely on the question of whether the

released individual qualifies for pauper status." *McGore v. Wrigglesworth*, 114 F.3d 601, 613 (6th Cir. 1997), *partially overruled on other grounds by LaFountain v. Harry*, 716 F.3d 944, 951 (6th Cir. 2013).

Brasher must either renew his pauper status or pay the civil filing fee. Therefore, he is ORDERED to submit, on or before May 4, 2020, either a non-prisoner *in forma pauperis* affidavit or the entire $400 filing fee.[1] The Clerk shall mail Brasher a copy of the non-prisoner *in forma pauperis* affidavit form along with this order.

Failure to comply with this order in a timely manner will result in the dismissal of this action without further notice, pursuant to Federal Rule of Civil Procedure 41(b), for failure to prosecute.

IT IS SO ORDERED.

                                               s/ **James D. Todd**
                                               JAMES D. TODD
                                               UNITED STATES DISTRICT JUDGE

---

[1] The civil filing fee is $350. 28 U.S.C. § 1914(a). Under § 1914(b) and the Schedule of Fees set out following the statute, an administrative fee of $50 for filing any civil case also is required. Because that additional $50 fee does not apply if leave to proceed *in forma pauperis* is granted, only the $350 fee was assessed in the prior order. If Brasher does not renew his pauper status he will be responsible for the entire $400 fee.